IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GLEN ROBINSON,

        Plaintiff,                No. CIV S-07-0729 RRB DAD P

    vs.

HEYWARD,

        Defendant.          ORDER
_____/

        On June 8, 2007, the court issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to file an amended complaint in compliance with the court's April 27, 2007 order. Rather than filing objections to those findings and recommendations, plaintiff now requests additional time to file his amended complaint. Plaintiff explains that he has not been able to prepare his amended complaint because the law library at the prison where he is confined has been closed for several days. In the interest of justice, the court will grant plaintiff thirty days to file his amended complaint. Should plaintiff fail to file his amended complaint, the court will forward the pending findings and recommendations to the assigned district judge and this action may be dismissed without prejudice.

/////

1

1 Plaintiff is advised that at this stage of the proceedings, he is not required to file a legal brief or memorandum with his amended complaint. Rather, in his amended complaint plaintiff need only provide a short and plain statement of his claims supported by factual allegations that are within plaintiff's personal knowledge. Therefore, the court will not provide plaintiff any further extensions of time in which to file his amended complaint based upon assertions of his limited access to the law library.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 14, 2007 request for an extension of time is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file his amended complaint pursuant to the court's April 27, 2007 order; and

3. Should plaintiff fail to comply with this order, the court will proceed with the findings and recommendations, filed on June 8, 2007, and this action may be dismissed without prejudice.

DATED: June 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
robi0729.36fr

2