IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GLEN ROBINSON,

    Plaintiff,                        No. CIV S-07-0729 RRB DAD P

    vs.

HEYWARD,

    Defendant.                <u>ORDER</u>

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of July 30, 2007. The court will grant plaintiff's request; however, further extensions will not be granted based on the limited access to the law library. The court has provided plaintiff with the court's form complaint and at this stage of the proceedings, plaintiff is not required to provide citations to court cases or to submit a legal brief in support of his amended complaint. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 21, 2007 application for an extension of time is granted; and

/////

/////

/////

/////

1

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: August 27, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
robi0729.36amd

2