IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GLEN ROBINSON,

        Plaintiff,                          No. CIV S-07-0729 RRB DAD P

    vs.

HEYWARD, et al.,

        Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed July 30, 2007, plaintiff's amended complaint was dismissed with leave to amend. On August 28, 2007, plaintiff filed a second amended complaint.

        Plaintiff's second amended complaint appears to state cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the second amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action as to defendant correctional officer S. Alexander. However, the court will not order service on defendant Heyward because plaintiff's second amended complaint fails to set forth any allegations concerning defendant Heyward.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Service of the second amended complaint is appropriate for defendant
3    correctional officer S. Alexander.

4    2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons,
5    an instruction sheet, and a copy of the second amended complaint filed August 28, 2007.

6    3. Within thirty days from the date of this order, plaintiff shall complete the
7    attached Notice of Submission of Documents and submit all of the following documents to the
8    court at the same time:

9    a. The completed, signed Notice of Submission of Documents;

10   b. One completed summons;

11   c. One completed USM-285 form for defendant Alexander; and

12   d. Two copies of the endorsed second amended complaint filed August
13   28, 2007.

14   4. Plaintiff shall not attempt to effect service of the second amended complaint on
15   defendant or request a waiver of service of summons from any defendant.  Upon receipt of the
16   above-described documents, the court will direct the United States Marshal to serve defendant
17   Alexander pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

18   DATED: October 3, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
robi0729.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GLEN ROBINSON,

        Plaintiff,                  No. CIV S-07-0729 RRB DAD P

    vs.

HEYWARD, et al.,                <u>NOTICE OF SUBMISSION</u>

        Defendants.         <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ <u>one</u> completed summons form;

        _____ <u>[#]</u> completed USM-285 forms; and

        _____ <u>[#]</u> true and exact copies of the second amended complaint filed 8/28/07.

DATED: _____.

                                                  _____
                                                  Plaintiff