IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GLEN ROBINSON,

    Plaintiff,                    No. CIV S-07-0729 JAM DAD P

    vs.

HEWYARD, et al.,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        On January 11, 2008, defendant Alexander filed a motion to dismiss the second amended complaint pursuant to Federal Rule of Civil Procedure12(b) for failure to exhaust administrative remedies. Plaintiff has not opposed the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, plaintiff shall file an opposition to the motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition. In the alternative, if petitioner no longer wishes to proceed with this matter, he shall file a request

/////

/////

1

to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: June 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
robi0729.osc

2